# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-5252**  September Term, 2013

1:13-cv-00635-RLW

Filed On: January 7, 2014 [1473781]

National Association of Manufacturers, et al.,

       Appellants

   v.

Securities and Exchange Commission, et al.,

       Appellees

**BEFORE:** Circuit Judge Srinivasan, and Senior Circuit Judges Sentelle and Randolph

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on January 7, 2014 at 9:41 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

Peter Keisler, counsel for Appellants.

Tracey A. Hardin (SEC), counsel for Appellees.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Shana E. Thurman
Deputy Clerk